# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C., minor, HEIDY J. MARTINEZ SANTIAGO, guardian,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-CV-00182-MAA<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: September 27, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE